JS-6

JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
JENNY L. MERRIS (CA Bar No. 246088)
jmerris@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as JPMORGAN CHASE, NA SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL, F.A., SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-6 and CALIFORNIA RECONVEYANCE COMPANY

FILED
CLERK, U.S. DISTRICT COURT
MAY 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SCIARRATTA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE NA, successor in interest to Washington Mutual Bank, F.A., successor in interest to Long Beach Mortgage Company; DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for Long Beach Mortgage Loan Trust 2006-6; CALIFORNIA RECONVEYANCE COMPANY and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO.: CV 09-08005 R (OPx)<br><br>JUDGE: Hon. Manuel L. Real<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed:   November 2, 2009 |

1
JUDGMENT

3189793.1 -- AL109.W993

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On May 21, 2012, the Court having granted the Motion of defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver, erroneously sued as JPMorgan Chase, NA, successor in interest to Washington Mutual Bank, F.A., successor in interest to Long Beach Mortgage Company; Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2006-6 ("Deutsche"), and California Reconveyance Company ("CRC" and collectively "Defendants"), for an order dismissing the complaint of plaintiff Monica Sciarratta ("Plaintiff") without leave to amend:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.  The Complaint of Plaintiff is dismissed with prejudice in its entirety as to Defendants, and each of them.

2.  Judgment is entered in favor of Defendants, and each of them. Plaintiff shall take nothing against Defendants in the above-captioned action.

3.  Defendants shall recover from Plaintiff the costs of suit relating to the Complaint. Defendants, as the prevailing parties, are allowed to file a Bill of Costs.

DATED: May 25, 2012       By: _____
                              Manuel Real
                              Judge, United States District Court