JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
JENNY L. MERRIS (CA Bar No. 246088)
jmerris@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., AN
ACQUIRER OF CERTAIN ASSETS
AND LIABILITIES OF WASHINGTON
MUTUAL BANK FROM THE FDIC
ACTING AS RECEIVER, erroneously
sued as JPMORGAN  CHASE, NA
SUCCESSOR IN INTEREST TO
WASHINGTON MUTUAL, F.A.,
SUCCESSOR IN INTEREST TO LONG
BEACH MORTGAGE COMPANY;
DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE
FOR LONG BEACH MORTGAGE
LOAN TRUST 2006-6 and
CALIFORNIA RECONVEYANCE
COMPANY

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 25 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SCIARRATTA, an individual, | **CASE NO.:** CV 09-08005 R (OPx) |
| Plaintiff, | **JUDGE:** Hon. Manuel L. Real |
| v. | [~~PROPOSED~~] JUDGMENT |
| JPMORGAN CHASE NA, successor in interest to Washington Mutual Bank, F.A., successor in interest to Long Beach Mortgage Company; DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for Long Beach Mortgage Loan Trust 2006-6; CALIFORNIA RECONVEYANCE COMPANY and DOES 1-10, inclusive, | **Action Filed:**       November 2, 2009 |
| Defendant. | |

1

JUDGMENT

3189793.1 -- AL109.W993

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On May 21, 2012, the Court having granted the Motion of defendants JPMorgan Chase Bank, N.A. ("JPMorgan"), an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as Receiver, erroneously sued as JPMorgan Chase, NA, successor in interest to Washington Mutual Bank, F.A., successor in interest to Long Beach Mortgage Company; Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2006-6 ("Deutsche"), and California Reconveyance Company ("CRC" and collectively "Defendants"), for an order dismissing the complaint of plaintiff Monica Sciarratta ("Plaintiff") without leave to amend:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.      The Complaint of Plaintiff is dismissed with prejudice in its entirety as to Defendants, and each of them.

2.      Judgment is entered in favor of Defendants, and each of them.  Plaintiff shall take nothing against Defendants in the above-captioned action.

3.      Defendants shall recover from Plaintiff the costs of suit relating to the Complaint.  Defendants, as the prevailing parties, are allowed to file a Bill of Costs.

DATED:   May 25, 2012                    By: _____
                                               Manuel Real
                                               Judge, United States District Court

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

3189793.1 -- AL109.W993